UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
                                                    :
UNITED STATES OF AMERICA,                           :      19 Cr. 785 (RA)
                                                    :
                                                    :      ORDER
          -v-                                       :
                                                    :
                                                    :
TAFARI CRUMP,                                       :
                                                    :
                    Defendant.                      :
                                                    :
-------------------------------------------------- X

RONNIE ABRAMS, District Judge:

In light of Tafari Crump's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to January 28, 2022.

Dated:     July 29, 2020
           New York, New York

                                              _____
                                              RONNIE ABRAMS
                                              United States District Judge