# AIELLO CANNICK
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

September 29, 2020

**VIA ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 29, 2020

Re: **United States v. Tafari Crump**
   **Case No.: 19-cr-00785**

Dear Judge Abrams:

We are the attorneys representing Tafari Crump in the above referenced matter. We write to request that Mr. Crump be permitted to travel to California on October 1st through October 6th and again on October 16th through October 20th, 2020. I have attached his itineraries for your review.

On October 1st he will be residing at 18220 Villa Clara Street, Rowland Heights, CA 91748 which is an air bnb. The host is Jordan who can be reached at 646-804-1792 or 631-361-0705. He will be traveling with his cousin Fabian Russell and his address is 3180 Fish Avenue, Bronx, New York 10469.

On October 16th, he will be staying at the Hilton Hotel located at 225 West Valley Blvd., San Gabriel, CA 91776, phone 626-270-2700. He will be traveling with his girlfriend, Sherelle Richards and her phone number is 914-803-5772. She resides with Mr. Crump at 1210 Burke Avenue, Apt 1a, Bronx, NY 10469.

Please know that AUSA Mathew Andrews and Pre-trial Officer Rena Bolin have no objection to our request. Mr. Crump will follow all required self-quarantine requirements upon his return to New York.

Thank you in advance for your consideration. We apologize for this late submission.

Very truly yours,

Deveraux L. Cannick

# EXHIBIT A

Please note: This is not your boarding pass.

Your confirmation code is **UOGHGX**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

| **JFK** | ▶ | **LAX** | Date | Thu, Oct 01 |
|---|---|---|---|---|
| New York, NY | | Los Angeles, CA | Departs | 3:55pm |
| Terminal: 5 | | | Arrives | 6:49pm |
| | | | Flight | 723 |

**jetBlue**

| **LAX** | ▶ | **JFK** | Date | Thu, Oct 08 |
|---|---|---|---|---|
| Los Angeles, CA | | New York, NY | Departs | 7:35am |
| Terminal: 5 | | | Arrives | 3:57pm |
| | | | Flight | 124 |

**jetBlue**

If your booking was made at least 7 days in advance, you may cancel it within 24 hours without a cancellation fee. Please click here for details on our change and cancel policies.

## Traveler Details

**TAFARI I CRUMP**

Frequent Flier: Add TrueBlue #

Ticket number: 2792152274236

**JFK - LAX:**

Fare: Blue

Bags: One (1) carry-on, one (1) personal item. This fare option does not include checked bags.

Seat: 22F

**LAX - JFK:**

Fare: Blue

Bags: One (1) carry-on, one (1) personal item. This fare option does not include checked bags.

Seat: 22F



Get up to 7" more legroom, a fast lane to the TSA checkpoint*, and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▸

*Select cities

## Payment Details

Visa  
XXXXXXXXXX5562

| | |
|---|---|
| NONREF - FEE FOR CHG/CXL | $676.00 |
| Taxes & fees | $20.20 |
| **Total:** | **$696.20 USD** |

Purchase Date: Sep 28, 2020

Request full receipt



## Bag $10 in savings.

If you're planning on checking bags, add them now to save time and money. The fees go up starting 24 hours before departure.

**Buy checked bags now** ▸

# EXHIBIT B

Please note: This is not your boarding pass.

Your confirmation code is

# VQAMXF

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

| | | | |
|---|---|---|---|
| **JFK** New York, NY Terminal: 5 | ▶ | **LAX** Los Angeles, CA | Date: Fri, Oct 16 <br> Departs: 7:30am <br> Arrives: 10:24am <br> Flight: 123 |

jetBlue

| | | | |
|---|---|---|---|
| **LAX** Los Angeles, CA Terminal: 5 | ▶ | **JFK** New York, NY | Date: Tue, Oct 20 <br> Departs: 7:35am <br> Arrives: 3:57pm <br> Flight: 124 |

jetBlue

If your booking was made at least 7 days in advance, you may cancel it within 24 hours (by 09/29/2020 11:44 AM EDT) without a cancellation fee. Please click here for details on our change and cancel policies.

## Traveler Details

**TAFARI I CRUMP**

Frequent Flier: Add TrueBlue #

Ticket number: 2792152275853

### JFK - LAX:

Fare: Blue

Bags: One (1) carry-on, one (1) personal item. This fare option does not include checked bags.

Seat: 21F

### LAX - JFK:

Fare: Blue

Bags: One (1) carry-on, one (1) personal item. This fare option does not include checked bags.

Seat: 21F



Get up to 7" more legroom, a fast lane to the TSA checkpoint*, and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▸

*Select cities

## Payment Details

Visa
XXXXXXXXXX5562

NONREF - FEE FOR CHG/CXL     $407.00

Taxes & fees     $20.20

Total:     $427.20 USD

Purchase Date: Sep 28, 2020

Request full receipt



## Bag $10 in savings.

If you're planning on checking bags, add them now to save time and money. The fees go up starting 24 hours before departure.

**Buy checked bags now** ▸