

**Robert J. Aiello**
**Deveraux L. Cannick**

————

**Jennifer Arditi**
**Of Counsel**

**John S. Esposito**
**Anthony J. Rattoballi**

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

February 9, 2022

**VIA ECF**
Honorable Judge Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 9, 2022

    Re:    **United States v. Tafari Crump**
           **Docket No.:  19-Cr-00785 (KMK)**

Dear Judge Abrams:

    I represent Mr. Tafari Crump as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  I respectfully request that the Court permit defense counsel to file interim vouchers.

Respectfully submitted,

*/s/ Deveraux L. Cannick*

Deveraux L. Cannick

DLC/mw